```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SCOTT E. RADCLIFFE
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRYON BURKARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )  | CR. No. 10-323 EFB |
|                                      )  |  |
|             Plaintiff,               )  | AMENDED |
|                                      )  | ORDER TO CONTINUE JUDGMENT AND |
|     v.                               )  | SENTENCING DATE |
|                                      )  |  |
| BRYON BURKARD                        )  |  |
|                                      )  | Date:  March 21, 2011 |
|             Defendant.               )  | Time:  10:00 a.m. |
|                                      )  | Judge: Hon. Edmund F. Brennan |
| _____      )  |  |

    Defendant, Bryon Burkard, by and through his counsel Linda Harter, Chief Assistant Federal Defender, request to continue the judgment and sentencing, scheduled for March 21, 2011 at 10:00 a.m., to May 23, 2011 at 10:00 a.m. The continuance is necessary to allow for the probation sentencing report to be completed and for defense counsel to raise any necessary objections.

```
1  Dated:   March 21, 2011          Respectfully submitted,
2
                                    DANIEL J. BRODERICK
3                                   Federal Defender
4

5                                   /s/ Linda C. Harter
                                    LINDA C. HARTER
6                                   Chief Assistant Federal Defender
                                    SCOTT RADCLIFFE
7                                   Certified Law Student
                                    Attorney for Defendant
8                                   BRYON BURKARD
9
   Dated: March 21, 2011            BENJAMIN B. WAGNER
10                                  United States Attorney
11
                                    /s/ Jill Thomas
12                                  JILL THOMAS
                                    Assistant U.S. Attorney
13
14
15
                                ORDER
16
   IT IS SO ORDERED.
17
18 Dated: March 21, 2011.
                                    EDMUND F. BRENNAN
19                                  UNITED STATES MAGISTRATE JUDGE
```

Stipulation and [~~Propos~~ed] Order   -2-