```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SUNNY STEVENSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRYON BURKARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-10-323 EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | JUDGMENT AND SENTENCING DATE |
| | ) | |
| BRYON BURKARD, | ) | |
| | ) | Date:  July 18, 2011 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Edmund F. Brennan |
| _____ | ) | |

   The United States of America, through Jill Thomas, Assistant United States Attorney, together with defendant, Bryon Burkard, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the current judgment and sentencing hearing set for July 18, 2011 at 10:00 a.m. and request to continue said hearing for September 26, 2011 at 10:00 a.m.  The continuance is necessary because Mr. Burkard has a pending child support issue that he is working on resolving in the interim.

```
Dated:   July 8, 2011
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender



                                        /s/ Linda Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        BRYON BURKARD



Dated: July 8, 2011                     BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Jill Thomas
                                        JILL THOMAS
                                        Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: July 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and [~~Propos~~ed] Order   -2-