```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    SUNNY STEVENSON
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  BRYON BURKARD

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,     )   No. Cr.S 10-323 EFB
15                                )
                  Plaintiff,      )
16                                )   TRANSPORTATION ORDER
         v.                       )
17                                )
    BRYON BURKARD,                )   Date:  September 26, 2011
18                                )   Time:  10:00 a.m.
                  Defendant.      )   Judge: Hon. Edmund F. Brennan
19                                )
    _____ )
20

21  TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

22

23       This is to authorize and direct you to furnish the above named

24  defendant, BRYON BURKARD, transportation from Fresno, California to

25  Sacramento, California for his judgment and sentencing hearing as

26  ///

27  ///

28  ///
```

provided in 18 U.S.C. § 4285.[1]  The interests of justice would be served thereby, as the defendant is financially unable to provide the necessary transportation to appear before the required court on his own.  The prosecution has no objection.  The defendant intends to travel via train.

   This is authorized pursuant to 18 U.S.C. § 4285.
IT IS SO ORDERED.


Dated: August 10, 2011
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] A separate memorandum to the Court contains Mr. Burkard's financial information to satisfy the Court's inquiry under 18 U.S.C. § 4285, in order to avoid such financial information appearing in the public record.